1  Steven J. Kahn (CA Bar No. 76933)
   Malhar S. Pagay (CA Bar No. 189289)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760

5  Attorneys for Plaintiffs, Dalian Shanhai Seafood Co., Ltd.
   and Liaoning Wanrong Trading Co., Ltd.

FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DALIAN SHANHAI SEAFOOD CO., LTD. and LIAONING WANRONG TRADING CO., LTD., Plaintiffs, v. TRANS OCEAN STAR, INC., dba SOUTH CHINA SEAFOOD CO., a California corporation, Defendant. | Case No.: 08-0857 SJO (CTx) [Diversity Jurisdiction] [PROPOSED] DEFAULT JUDGMENT |
|---|---|

The Clerk of the United States District Court for the Central District of California having entered the Default on the Complaint filed in this action against Defendant Trans Ocean Star, Inc., dba South China Seafood Co., a California corporation, on June 17, 2008 and based upon the Request for Entry of Default Judgment by Clerk and supporting declarations by Guo Xinqing and Steven J. Kahn, filed concurrently herewith,

**JUDGMENT** is entered in favor of Plaintiff Dalian Shanhai Seafood Co., Ltd. against Defendant Trans Ocean Star, Inc., dba South China Seafood Co., a California corporation, in the sum of $238,928.60, and

///

///

13900-060\DOCS_LA:186725.1

1   **JUDGMENT** is further entered in favor of Plaintiff Liaoning Wanrong Trading Co., Ltd.
2   against Defendant Trans Ocean Star, Inc., dba South China Seafood Co., a California
3   corporation, in the sum of $77,016.

Dated: July 31, 2008

*[signature]*

CLERK, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

13900-060\DOCS_LA:186725.1